IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW OTTON, JR.,

    Petitioner,               No. CIV S-04-1914 GEB PAN P

  vs.

CLAUDE E. FINN, Warden,

    Respondent.             <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 8, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.

1

1  Petitioner has filed objections to the findings and
2  recommendations.
3          In accordance with the provisions of 28 U.S.C.
4  § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
5  <u>de novo</u> review of this case.  Having carefully reviewed the
6  entire file, the court finds the findings and recommendations to
7  be supported by the record and by proper analysis.
8          Accordingly, IT IS HEREBY ORDERED that:
9          1.  The findings and recommendations filed June 8,
10 2005, are adopted in full; and
11         2.  Respondent's January 13, 2005, motion to dismiss is
12 granted and this action is dismissed without prejudice.
13 Dated:  July 1, 2005

                              <u>/s/ Garland E. Burrell, Jr.</u>
                              GARLAND E. BURRELL, JR.
                              United States District Judge